**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1297**

BARBARA A. BEAVER,

       Plaintiff - Appellant,

    v.

PFIZER INC.,

       Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:22-cv-00141-MR)

Submitted:  July 25, 2023                                Decided:  July 28, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed as modified by unpublished per curiam opinion.

Barbara A. Beaver, Appellant Pro Se.  Stephen Francis Raiola, KIBLER FOWLER & CAVE LLP, Pittsburgh, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barbara A. Beaver appeals the district court's order granting Defendant's motion to dismiss and dismissing her complaint raising state law negligence claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order, *Beaver v. Pfizer, Inc.*, No. 1:22-cv-00141-MR (W.D.N.C. Mar. 6, 2023), as modified to reflect dismissal without prejudice, *see King v. Rubenstein*, 825 F.3d 206, 225 (4th Cir. 2016). We deny Beaver's motion for a waiver of docket viewing fees, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*